# United States District Court
## Northern District of Illinois
**Eastern Division**

Allan Hargarten  **JUDGMENT IN A CIVIL CASE**

v.  Case Number: 05 C 6006

Thomas Dart, et al

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment (96) is granted.

Michael W. Dobbins, Clerk of Court

Date: 1/15/2009  _____
 /s/ Ena T. Ventura, Deputy Clerk